Michael H. Meyer, #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br><br>**Mary Helen Bocanegra**<br><br><br><br>Debtor(s) | Case No.:   12-16828-B-13F<br><br>DC NO:  MHM-2<br><br>**Chapter 13**<br><br>**MOTION TO DISMISS CHAPTER 13 CASE**<br><br>DATE:    March 10, 2016<br>TIME:     1:30 PM<br>PLACE: U.S. Courthouse<br>            Dept. B, Courtroom 13<br>            5th Floor<br>            2500 Tulare Street<br>            Fresno, Ca 93721-<br>**JUDGE:**  Honorable Rene Lastreto II |

MICHAEL H. MEYER, Chapter 13 Trustee in the above referenced matter, seeks to dismiss this case on the following grounds:

Pursuant to 11 USC §1307(c)(1) and (c)(6), cause exists to dismiss this case as Debtor has failed to make all payments due under the plan.  As of December 31, 2015, payments are delinquent in the amount of $534.00.

**WHEREFORE,** the Trustee requests that the case be dismissed.

Date:   1/15/16

                                       Respectfully submitted,

                                       /s/ Michael H. Meyer
                                       MICHAEL H. MEYER, Chapter 13 Trustee